UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JIM WESLEY DAVIS, # 30453-138, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 3:15-CV-2202-B-BK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the petition for audita querela is summarily **DISMISSED without prejudice**. Even liberally construing the petition as being brought under 28 U.S.C. § 2241, it is **DISMISSED without prejudice for lack of jurisdiction**.

The Clerk of the Court is **directed to open** and close for indexing purposes a section 2241 habeas corpus action (NOS 530, assigned to the same district judge and magistrate judge as this case).

SO ORDERED this 6th day of October, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE